**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-4456**

_____

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff - Appellee,

　　　v.

WILLIAM WAYNE JOHNSON,

　　　　　　　Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:01-cr-00053-WO-1)

_____

Submitted:  August 7, 2025　　　　　　　　　　　　Decided:  August 14, 2025

_____

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:**  Louis C. Allen, Federal Public Defender, Ira Knight, Assistant Federal Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Greensboro, North Carolina, for Appellant.  Lindsey Ann Freeman, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Wayne Johnson appeals the district court's judgment revoking his term of supervised release and imposing a sentence of 37 months' imprisonment. On appeal, Johnson's counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), stating that there are no meritorious grounds for appeal. Although Johnson was notified of his right to do so, he has not filed a pro se supplemental brief. The Government has declined to file a response brief.

In accordance with *Anders*, we have reviewed the entire record in this case and have found no potentially meritorious grounds for appeal. Johnson admitted six violations of supervised release, and his revocation sentence was adequately explained and within the properly calculated policy statement range. We therefore affirm the district court's revocation judgment.

This court requires that counsel inform Johnson, in writing, of the right to petition the Supreme Court of the United States for further review. If Johnson requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on Johnson.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*